# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KRYSTAL SHULER,**

    **Plaintiff,**

**v.**                                        **CASE NO. 4:13-cv-319-MW/CAS**

**SINTESIS, INC.,**
**d/b/a Tamara's Café Flordita,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

This Court has considered, without hearing, Plaintiff's Consented Motion for Extension of Time to File Dispositive Motions, ECF No. 19, filed March 31, 2014. The motion is **GRANTED**. The parties may file dispositive motions on or before **April 4, 2014**.

    **SO ORDERED on April 2, 2014.**

                                                         **s/Mark E. Walker**
                                                         **United States District Judge**