IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KRYSTAL SHULER,**

      **Plaintiff,**

v.                                        **CASE NO. 4:13-cv-319-MW/CAS**

**SINTESIS, INC.,**
**d/b/a Tamara's Café Flordita,**

      **Defendant.**
_____/

## ORDER DENYING PLAINITFF'S MOTION FOR SUMMARY JUDGMENT

This is an employment discrimination case. Plaintiff worked as a waitress at Defendant's restaurant. Plaintiff claims she was terminated in violation of the Pregnancy Discrimination Act and/or the Americans with Disabilities Act.

Plaintiff moved for summary judgment. ECF No. 22. This Court conducted a hearing on April 30, 2014, and entertained argument on Plaintiff's motion. For the reasons stated on the record, Plaintiff's motion for summary judgment, ECF No. 22, is **DENIED**.

**SO ORDERED** on April 30, 2014.

                                                      **s/Mark E. Walker**
                                                      **United States District Judge**